UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **NINA S. JONES** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **G4S SECURE SOLUTIONS (USA), INC.** | **CASE NO: 15-2415-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Stipulation Of Voluntary Dismissal With Prejudice Pursuant To Fed. R. Civ. P.41(a)(1)(A)(ii) entered on December 1, 2015, this cause is hereby dismissed with prejudice.**

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 12/2/2015**                              **THOMAS M. GOULD**
                                                 **Clerk of Court**

                                                    **s/Terry L. Haley**
                                                  **(By)  Deputy Clerk**